IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CHRISTOPHER ALEXANDER, et al.,     *

          Plaintiffs,     *

v.     Case No. 7:19-CV-147(WLS)

    *

SOUTHEAST CORRECTIONS, LLC, 

    *

          Defendant.

    *

### **J U D G M E N T**

Pursuant to this Court's Order dated August 19, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of August, 2021.

                                            David W. Bunt, Clerk

                                            s/ S. B. DeCesare, Deputy Clerk